SCANNED

FILED19 MAY '11 13:35USDC-ORP

D/ME Prob. 22 (Rev 12/09)

**TRANSFER OF JURISDICTION**

U.S. DISTRICT 04 MAY '11 12:49 USDC-ORP
DISTRICT OF MAINE
RECEIVED AND FILED

2011 MAY 16  P 2:10

DEPUTY CLERK

| | | |
|---|---|---|
| | | DOCKET NUMBER *(Trans. Court)* PACTS# 4272 1:07CR00003 - 001 |
| | | DOCKET NUMBER *(Rec. Court)* CR'11-195-HZ |
| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: Blake D. Hampe | DISTRICT District of Maine | DIVISION - |
| | NAME OF SENTENCING JUDGE John A. Woodcock, Chief U.S. District Judge | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM July 30, 2010 — TO July 29, 2020 |

OFFENSE:

18:2252A(a)(5)(B)&(b)(2) Possession of Child Pornography

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MAINE**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of Oregon** upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 25, 2011
*Date*

*United States District Judge*

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

A TRUE COPY
ATTEST: Christa K. Berry, Clerk

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF OREGON**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

5-3-2011
*Effective Date*

*United States District Judge*

FILED 19 MAY '11 13:35 USDC-ORP

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2007 JAN 17 P 1:42

BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 07-3-B-W
) (18 U.S.C. §§ 2252A(a)(5)(B), 2256(8)(A))
BLAKE D. HAMPE )

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On about September 27, 2006, in the District of Maine, defendant

**BLAKE D. HAMPE**

knowingly possessed a computer and digital storage media that contained an image or images of child pornography, specifically digital images and video files the production of which involved the use of a minor engaging in sexually explicit conduct, that had been transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2256(8)(A).

Date: 1/17/2006

A TRUE BILL,

**SIGNATURE REDACTED**
Original on File

_James L. McCarthy_
(Assistant) United States Attorney

A TRUE COPY
ATTEST: Christa K. Berry, Clerk

By: _____
Deputy Clerk

CLOSED, VICTIM

## U.S. District Court
## District of Maine (Bangor)
### CRIMINAL DOCKET FOR CASE #: 1:07-cr-00003-JAW-1

FILED 19 MAY '11 13:35 USDC-ORP

Case title: USA v. HAMPE
Magistrate judge case number: 1:06-mj-00031-MJK

Date Filed: 01/17/2007
Date Terminated: 05/16/2008

Assigned to: JUDGE JOHN A. WOODCOCK, JR

**Defendant (1)**

**BLAKE D HAMPE**
*TERMINATED: 05/16/2008*

represented by **JEFFREY W. LANGHOLTZ**
260 MAIN STREET
BIDDEFORD, ME 04005
283-4744
Email: langholtz@gwi.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**JEFFREY M. SILVERSTEIN**
LAW OFFICE OF JEFFREY M. SILVERSTEIN, PA
9 CENTRAL STREET
SUITE 209
BANGOR, ME 04401
(207) 992-9158
Email: silversteinlaw.jms@gmail.com
*TERMINATED: 01/17/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

A TRUE COPY
ATTEST: Christa K. Berry, Clerk
By: [signature] Deputy Clerk

| Pending Counts | Disposition |
|---|---|
| 18:2252A.F POSSESSION OF CHILD PORNOGRAPHY 18:2252A(a)(5)(B) and 2256(8)(A) (1) | Defendant imprisoned for 41 months; 10 years supervised release; $100 special assesssment |

**Highest Offense Level (Opening)**
Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| Complaints | Disposition |
|---|---|
| 18:2252A.F − Transporting or shipping child pornography (Count I) | |

- 18:2252A(5)(B)Possession of child pornography (Count II),

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **F. TODD LOWELL**<br>OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF MAINE<br>202 HARLOW STREET, ROOM 111<br>BANGOR, ME 04401<br>207-945-0373<br>Email: todd.lowell@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**JAMES L. MCCARTHY**<br>OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF MAINE<br>202 HARLOW STREET, ROOM 111<br>BANGOR, ME 04401<br>945-0344<br>Email: james.mccarthy@usdoj.gov<br>*TERMINATED: 01/18/2007*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2006 | | Arrest of BLAKE D HAMPE (bld, ) [1:06-mj-00031-MJK] (Entered: 09/28/2006) |
| 09/28/2006 | 1 | COMPLAINT as to BLAKE D HAMPE. (jgw, ) [1:06-mj-00031-MJK] (Entered: 09/28/2006) |
| 09/28/2006 | 2 | SYNOPSIS as to BLAKE D HAMPE (jgw, ) [1:06-mj-00031-MJK] (Entered: 09/28/2006) |
| 09/28/2006 | 3 | MOTION for Detention by USA as to BLAKE D HAMPE. (jgw, ) [1:06-mj-00031-MJK] (Entered: 09/28/2006) |
| 09/29/2006 | 5 | Minute Entry for proceedings held before Judge JOHN A. WOODCOCK JR.:Initial Appearance held as to BLAKE D HAMPE, Attorney Appointment Hearing held as to BLAKE D HAMPE; Preliminary Exam and Detention Hearing to be scheduled. (Court Reporter Julie Edgecomb) (jgw, ) [1:06-mj-00031-MJK] (Entered: 09/29/2006) |
| 09/29/2006 | 6 | ORDER OF TEMPORARY DETENTION as to BLAKE D HAMPE Detention Hearing set for 10/4/2006 01:00 PM in Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. Preliminary Examination set for 10/4/2006 01:00 PM in Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. By Judge JOHN A. WOODCOCK JR. (jgw, ) [1:06-mj-00031-MJK] (Entered: 09/29/2006) |
| 10/04/2006 | 7 | Minute Entry for proceedings held before Judge JOHN A. WOODCOCK JR.:Bond Hearing held as to BLAKE D HAMPE, Bond set as to BLAKE D HAMPE (1) $10,000 w/conditions − to be met prior to release, Preliminary Examination Waived as to BLAKE D HAMPE (Court Reporter Julie Edgecomb) (bld, ) [1:06-mj-00031-MJK] (Entered: 10/04/2006) |
| 10/04/2006 | 8 | WAIVER of Preliminary Examination or Hearing by BLAKE D HAMPE (bld, ) Additional attachment(s) added on 10/4/2006 (bld, ). [1:06-mj-00031-MJK] (Entered: 10/04/2006) |
| 10/04/2006 | 9 | ORDER Setting Conditions of Release as to BLAKE D HAMPE. By Judge JOHN A. WOODCOCK JR. (bld, ) [1:06-mj-00031-MJK] (Entered: 10/04/2006) |

| | | |
|---|---|---|
| 10/04/2006 | 68 | Appearance Bond ( unsecured ) as to BLAKE D HAMPE. (bld) Modified on 3/11/2008 to correct filing date(bld). (Entered: 03/07/2008) |
| 10/06/2006 | 10 | Unsecured Bond Made by BLAKE D HAMPE in amount of $ 10,000 w/conditions (bld, ) [1:06−mj−00031−MJK] (Entered: 10/06/2006) |
| 10/19/2006 | 11 | MOTION to Waive Speedy Trial by BLAKE D HAMPE.Responses due by 11/9/2006. (SILVERSTEIN, JEFFREY) [1:06−mj−00031−MJK] (Entered: 10/19/2006) |
| 10/19/2006 | 12 | NOTICE OF ATTORNEY APPEARANCE: JEFFREY W. LANGHOLTZ appearing for BLAKE D HAMPE (bld, ) [1:06−mj−00031−MJK] (Entered: 10/19/2006) |
| 10/20/2006 | 13 | MOTION by Jeffrey Silverstein to Withdraw as Attorney by BLAKE D HAMPE.Responses due by 11/13/2006. (SILVERSTEIN, JEFFREY) [1:06−mj−00031−MJK] (Entered: 10/20/2006) |
| 10/20/2006 | 14 | ORDER granting 13 Motion to Withdraw as Attorney. as to BLAKE D HAMPE (1)Jeffrey SIlverstein is no longer counsel of record. By Judge MARGARET J. KRAVCHUK. (KRAVCHUK, MARGARET) [1:06−mj−00031−MJK] (Entered: 10/20/2006) |
| 10/20/2006 | 15 | ORDER granting in part 11 Motion to Waive Speedy Trial as to BLAKE D HAMPE (1). I infer from this pleading that Hampe is waiving his right to have this matter presented to the Grand Jury within 30 days of his initial appearance. His "waiver" is so noted. By Judge MARGARET J. KRAVCHUK. (KRAVCHUK, MARGARET) [1:06−mj−00031−MJK] (Entered: 10/20/2006) |
| 01/17/2007 | 17 | INDICTMENT as to BLAKE D HAMPE (1) count 1. (gbc) (Additional attachment(s) added on 1/6/2011: # 1 Unredacted Document Available at the Clerk's Office) (bld). (Entered: 01/17/2007) |
| 01/17/2007 | 18 | SYNOPSIS as to BLAKE D HAMPE (gbc) (Entered: 01/17/2007) |
| 01/19/2007 | 19 | NOTICE OF HEARING as to BLAKE D HAMPE Arraignment set for 1/25/2007 at 3:00 PM in the Hearing Room, PORTLAND before MAG. JUDGE MARGARET J. KRAVCHUK. (gbc) (Entered: 01/19/2007) |
| 01/25/2007 | 20 | Minute Entry for proceedings held before Mag.Judge MARGARET J. KRAVCHUK :Arraignment held as to BLAKE D HAMPE (1) Count 1, Plea entered: Not Guilty ; Plea Accepted. Dft's bail continued. (Court Reporter FTR) (slh, ) (Entered: 01/25/2007) |
| 01/25/2007 | 21 | ORDER IN RESPECT TO DISCOVERY as to BLAKE D HAMPE By Mag.Judge MARGARET J. KRAVCHUK. Motions due by 2/8/2007. Ready for Trial on 3/5/2007. (slh, ) (Entered: 01/25/2007) |
| 01/26/2007 | 22 | MOTION to Extend Time by BLAKE D HAMPE.Responses due by 2/16/2007. (LANGHOLTZ, JEFFREY) (Entered: 01/26/2007) |
| 01/26/2007 | 23 | ORDER granting without objection 22 Motion to Extend Time as to BLAKE D HAMPE (1) By Gail Baxter Creath, Deputy−in−Charge. (gbc) (Entered: 01/26/2007) |
| 01/26/2007 | | Reset Deadlines as to BLAKE D HAMPE : Motions due by 2/20/2007 (Note: The requested deadline of 2/19/07 falls on a federal holiday). (gbc) (Entered: 01/26/2007) |
| 01/26/2007 | 24 | TRIAL LIST as to BLAKE D HAMPE Jury Selection set for 3/6/2007 at 9:00 AM in the Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. On the Trial List for 3/6/2007. Trial Briefs due by 2/27/2007. (gbc) (Entered: 01/26/2007) |
| 02/19/2007 | 25 | MOTION to Suppress by BLAKE D HAMPE.Responses due by 3/12/2007. (Attachments: # 1 Affidavit)(LANGHOLTZ, JEFFREY) (Entered: 02/19/2007) |
| 03/08/2007 | 26 | RESPONSE to 25 MOTION to Suppress by USA as to BLAKE D HAMPE Reply due by 3/19/2007. (Attachments: # 1 Exhibit A − Two Reports)(LOWELL, F.) Modified on 3/8/2007 to temporarily seal until Government provides a redacted |

Case: 1:07-cr-00003-JAW  As of: 05/16/2011 03:48 PM EDT  4 of 8

| | | |
|---|---|---|
| | | Exhibit A to remove personal identifiers. (gbc). Additional attachment(s) added on 3/9/2007 (gbc, ). Modified on 3/9/2007 to unseal (gbc, ). (Entered: 03/08/2007) |
| 03/09/2007 | | NOTICE of Docket Entry Modification as to BLAKE D HAMPE regarding 26 Response to Motion: Exhibit A removed and replaced with Redacted Version (gbc) (Entered: 03/09/2007) |
| 03/20/2007 | 27 | NOTICE OF HEARING ON MOTION Re: 25 MOTION to Suppress : as to BLAKE D HAMPE. Motion Hearing set for 4/4/2007 01:30 PM in Magistrate Courtroom, Bangor before MAG. JUDGE MARGARET J. KRAVCHUK. (CWP, ) (Entered: 03/20/2007) |
| 03/21/2007 | 28 | NOTICE OF HEARING ON MOTION. Re: 25 MOTION to Suppress : as to BLAKE D HAMPE. Motion Hearing HAS BEEN RESCHEDULED for 4/9/2007 01:30 PM in Magistrate Courtroom, Bangor before MAG. JUDGE MARGARET J. KRAVCHUK. (CWP, ) (Entered: 03/21/2007) |
| 04/09/2007 | 29 | Minute Entry for proceedings held before Judge MARGARET J. KRAVCHUK :Motion Hearing held as to BLAKE D HAMPE re 25 MOTION to Suppress filed by BLAKE D HAMPE; Counsel to inform court if additional testimony is necessary prior to any order being issued (Court Reporter FTR) (bld, ) (Entered: 04/10/2007) |
| 04/09/2007 | 30 | COURT EXHIBIT LIST from Motion to Suppress held on 4/9/07 as to defendant BLAKE D HAMPE (bld, ) (Entered: 04/10/2007) |
| 04/09/2007 | 31 | COURT WITNESS LIST from Motion to Suppress held on 4/9/07 as to defendant BLAKE D HAMPE (bld, ) (Entered: 04/10/2007) |
| 04/11/2007 | 32 | AMENDED SYNOPSIS as to BLAKE D HAMPE (LOWELL, F.) Modified on 4/12/2007 to correct title (gbc). (Entered: 04/11/2007) |
| 04/18/2007 | 33 | RECOMMENDED DECISION ON MOTION TO SUPPRESS as to BLAKE D HAMPE re 25 MOTION to Suppress Objections to RRdue by 5/7/2007 By Judge MARGARET J. KRAVCHUK. (gbc) (Entered: 04/19/2007) |
| 04/30/2007 | 34 | OBJECTION to 33 Report and Recommended Decision by USA as to BLAKE D HAMPE (LOWELL, F.) (Entered: 04/30/2007) |
| 04/30/2007 | | Set Deadlines in case as to BLAKE D HAMPE regarding 33 REPORT AND RECOMMENDED DECISION re 25 MOTION to Suppress: Response to Objection to Report and Recommendations due by 5/17/2007. (mlm) (Entered: 05/01/2007) |
| 05/18/2007 | 35 | TRANSCRIPT of Proceedings as to BLAKE D HAMPE Suppression Hearing held on 4/9/2007 before Magistrate Judge Margaret J. Kravchuk. Court Reporter: Brenda DeRoche, FTR. For a bound copy of this transcript, contact Brenda DeRoche at 207-945-0575.<br><br>NOTICE: -- Transcripts are NOT remotely electronically available via PACER at this time.<br><br>(gbc) (Entered: 05/21/2007) |
| 06/14/2007 | 36 | MOTION to Modify Conditions of Release by BLAKE D HAMPE.Responses due by 7/5/2007. (Attachments: # 1 Exhibit Dr. Hasson letter)(LANGHOLTZ, JEFFREY) (Entered: 06/14/2007) |
| 06/19/2007 | | Reset Deadlines in case as to BLAKE D HAMPE regarding 36 MOTION to Modify Conditions of Release : Responses due by 7/5/2007. (bld, ) (Entered: 06/19/2007) |
| 06/19/2007 | 37 | ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE for 33 Report and Recommended Decision, 25 Motion to Suppress filed by BLAKE D HAMPE By Judge JOHN A. WOODCOCK JR. (gbc) (Entered: 06/19/2007) |

| | | |
|---|---|---|
| 06/19/2007 | 38 | TRIAL LIST as to BLAKE D HAMPE Jury Selection set for 7/10/2007 at 9:00 AM in the Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. On the Trial List for 7/10/2007.Trial Briefs due by 7/2/2007. (gbc) (Entered: 06/19/2007) |
| 06/28/2007 | 39 | NOTICE OF HEARING as to BLAKE D HAMPE Change of Plea Hearing set for 7/27/2007 03:00 PM in Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR.. The defendant will be required to identify every prescription medication he is taking and to specify the dosage and frequency, purpose and effects of the medication. (The same requirement applies to medications prescribed but NOT taken, with an additional requirement that the defendant explain why it was not taken and the consequences of the failure to take it.) Failure to do so satisfactorily may result in the judges refusal to accept the plea. Counsel may find it convenient to use a written list for this purpose. **Counsel shall file the prosecution version and any plea agreement at least 2 business days prior to the change of plea.** (bld, ) (Entered: 06/28/2007) |
| 06/28/2007 | 40 | FILED IN ERROR: NOTICE OF HEARING as to BLAKE D HAMPE Presentence Conference set for 7/27/2007 03:00 PM in Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. (bld, ) Modified on 7/5/2007 (gbc, ). (Entered: 06/28/2007) |
| 07/03/2007 | 41 | RESPONSE in Opposition by USA as to BLAKE D HAMPE re 36 MOTION to Modify Conditions of Release Reply due by 7/16/2007. (LOWELL, F.) (Entered: 07/03/2007) |
| 07/05/2007 | | NOTICE of Docket Entry Modification as to BLAKE D HAMPE regarding 40 Notice of Hearing of PSC : FILED IN ERROR. PSC WILL NOT BE HELD ON 7/27/07. THIS MATTER IS SET FOR CHANGE OF PLEA ONLY. (gbc) (Entered: 07/05/2007) |
| 07/17/2007 | 42 | NOTICE OF HEARING as to BLAKE D HAMPE Telephone Conference set for 7/19/2007 at 3:15 PM before JUDGE JOHN A. WOODCOCK JR. (MFS) (Entered: 07/17/2007) |
| 07/18/2007 | 43 | MOTION for Release Pending Sentencing by BLAKE D HAMPE.Responses due by 8/8/2007. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit)(LANGHOLTZ, JEFFREY) Modified on 7/19/2007 to correct title and requested relief of motion (gbc, ). (Entered: 07/18/2007) |
| 07/19/2007 | | NOTICE of Docket Entry Modification as to BLAKE D HAMPE regarding 43 MOTION for Release Pending Sentencing : Title of Document Modified to Motion for Release Pending Sentencing instead of Motion to Amend. (gbc) (Entered: 07/19/2007) |
| 07/19/2007 | 44 | NOTICE OF RESCHEDULED HEARING as to BLAKE D HAMPE Telephone Conference reset for 7/20/2007 at 12:30 PM before JUDGE JOHN A. WOODCOCK JR. (MFS) (Entered: 07/19/2007) |
| 07/20/2007 | 45 | Minute Entry for proceedings held before Judge JOHN A. WOODCOCK JR.:Conference of Counsel held as to BLAKE D HAMPE (Atty Langholtz attended via telephone). (Court Reporter Julie Edgecomb) (gbc) (Entered: 07/20/2007) |
| 07/24/2007 | 46 | PROSECUTION VERSION as to BLAKE D HAMPE (Attachments: # 1 Exhibit A)(LOWELL, F.) Modified on 11/20/2008 to indicate Exhibit A returned to USA on 11/20/2008 (err). (Entered: 07/24/2007) |
| 07/24/2007 | 47 | MOTION to Seal *Exhibit A to Prosecution Version* by USA as to BLAKE D HAMPE. (gbc, ) Modified on 11/20/2008 to unseal (err). (Entered: 07/24/2007) |
| 07/24/2007 | 48 | ORDER granting 47 Motion to Seal as to BLAKE D HAMPE (1) By Judge JOHN A. WOODCOCK JR. (gbc) Modified on 11/20/2008 to unseal (err). (Entered: 07/24/2007) |
| 07/26/2007 | 49 | NOTICE OF RESCHEDULED HEARING as to BLAKE D HAMPE Change of Plea Hearing reset for 7/27/2007 at 2:00 PM in the Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK, JR. (gbc) (Entered: 07/26/2007) |

| | | |
|---|---|---|
| 07/26/2007 | 50 | PROSECUTION VERSION *Amended* as to BLAKE D HAMPE (LOWELL, F.) (Entered: 07/26/2007) |
| 07/27/2007 | 51 | Minute Entry for proceedings held before Judge JOHN A. WOODCOCK JR.:Change of Plea Hearing held as to BLAKE D HAMPE, Guilty Plea entered ; Plea accepted. Presentence Conference/Sentencing to be scheduled after 10/12/2007. (Court Reporter Julie Edgecomb) (gbc) (Entered: 07/27/2007) |
| 07/27/2007 | 52 | ORDER denying 36 Motion to Modify Conditions of Release as to BLAKE D HAMPE (1); denying 43 Motion for Release Pending Sentencing as to BLAKE D HAMPE (1) By Judge JOHN A. WOODCOCK JR. (gbc) (Entered: 07/27/2007) |
| 07/27/2007 | 53 | Oral MOTION for *order to U.S. Marshal and Bureau of Prisons to allow the defendant to receive nutritional supplements prescribed for him by his treating physician* by BLAKE D HAMPE. (gbc, ) (Entered: 07/27/2007) |
| 07/27/2007 | 54 | ORAL ORDER granting 53 Oral Motion for order to U. S. Marshal and Bureau of Prisons to allow defendant to receive nutritional supplements prescribed to him by his treating physician as to BLAKE D HAMPE (1) By Judge JOHN A. WOODCOCK JR. (gbc) (Entered: 07/27/2007) |
| 10/15/2007 | 55 | NOTICE OF HEARING as to BLAKE D HAMPE Presentence Conference set for 11/1/2007 at 11:00 AM in Judge Woodcock's Chambers before JUDGE JOHN A. WOODCOCK JR. (MFS) (Entered: 10/15/2007) |
| 11/01/2007 | 56 | Minute Entry for proceedings held before Judge JOHN A. WOODCOCK JR.:Presentence Conference held as to BLAKE D HAMPE. The parties will file Sentencing Memos. Once the Memos have been filed a telephone conference will be scheduled to set a time for an evidentiary hearing. (Court Reporter Julie Edgecomb) (MFS) (Entered: 11/01/2007) |
| 11/01/2007 | | Set Deadlines as to BLAKE D HAMPE : Defendant's Sentencing Memo due by 12/3/2007; Government's Sentencing Memo due by 12/17/2007. (MFS) (Entered: 11/01/2007) |
| 11/29/2007 | 57 | MOTION to Extend Time by BLAKE D HAMPE Responses due by 12/20/2007. (LANGHOLTZ, JEFFREY) (Entered: 11/29/2007) |
| 11/30/2007 | 58 | ORDER granting without objection 57 Motion to Extend Time to January 4, 2008 to file Sentencing Memorandum as to BLAKE D HAMPE (1). By Judge JOHN A. WOODCOCK JR. (MFS) (Entered: 11/30/2007) |
| 11/30/2007 | | Reset Deadlines as to BLAKE D HAMPE : Defendant's Sentencing Memo (1) due by 1/4/2008. Government's Sentencing Memo (2) due by 1/18/2008. (MFS) (Entered: 11/30/2007) |
| 01/04/2008 | 59 | MOTION to Extend Time by BLAKE D HAMPE Responses due by 1/25/2008. (LANGHOLTZ, JEFFREY) (Entered: 01/04/2008) |
| 01/04/2008 | 60 | MOTION to Seal by BLAKE D HAMPE Responses due by 1/25/2008. (LANGHOLTZ, JEFFREY) Modified on 11/20/2008 to unseal (err). (Entered: 01/04/2008) |
| 01/07/2008 | 61 | ORDER granting 59 Motion to Extend Time to January 7, 2008 to file Sentencing Memorandum as to BLAKE D HAMPE (1). By JUDGE JOHN A. WOODCOCK, JR. (MFS) (Entered: 01/07/2008) |
| 01/07/2008 | 62 | ORDER granting 60 Motion to Seal Sentencing Memorandum and attachments as to BLAKE D HAMPE (1). The Sentencing Memorandum and attachments will remain sealed for 180 days following sentencing. By JUDGE JOHN A. WOODCOCK, JR. (MFS) Modified on 11/20/2008 to unseal (err). (Entered: 01/07/2008) |
| 01/07/2008 | | Reset Deadlines as to BLAKE D HAMPE Per Order of Court #61: Sentencing Memo Deadline (1) due by 1/7/2008. (err) (Entered: 01/07/2008) |
| 01/07/2008 | 63 | Sealed Document SENTENCING MEMORANDUM as to BLAKE DAVID HAMPE (See #69 to view additional attachments (sealed). (err) Modified on 4/21/2008 to reference additional attachments (err). Modified on 11/20/2008 to |

| | | |
|---|---|---|
| | | unseal (err). (Entered: 01/08/2008) |
| 01/18/2008 | 64 | *Government's Response to Defendant's SENTENCING MEMORANDUM by USA as to BLAKE D HAMPE (Attachments: #1 Exhibit S1 – Investigative Report (ICE))(LOWELL, F.) (Entered: 01/18/2008)* |
| 02/05/2008 | 65 | NOTICE OF HEARING as to BLAKE D HAMPE. Conference of Counsel set for 2/27/2008 at 11:00 AM in Judge Woodcock's Chambers before JUDGE JOHN A. WOODCOCK JR. If counsel wish to have the conference of counsel by telephone, please contact the Clerk's Office at 945-0575 by 2/25/2008. (MFS) (Entered: 02/05/2008) |
| 02/27/2008 | 66 | Minute Entry for proceedings held before JUDGE JOHN A. WOODCOCK, JR:Conference of Counsel held as to BLAKE D HAMPE. (Court Reporter Julie Edgecomb) (MFS) (Entered: 02/27/2008) |
| 02/27/2008 | 67 | NOTICE OF HEARING as to BLAKE D HAMPE: Sentencing set for 5/15/2008 at 9:00 AM in Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. (MFS) (Entered: 02/27/2008) |
| 04/21/2008 | 69 | SEALED ADDITIONAL ATTACHMENTS re 63 Sealed Document -- First Attached Document: 2/13/07 letter from C. Ethan Lanpher (Attachments: #1 4/3/07 letter from Jason Arentz, #2 2/17/07 letter from Patti Ashley, Ph.D., #3 3/12/07 letter from Rev. William Henry, #4 Rev. Henry – additional information and resume, #5 2/24/07 letter from Jason Blalack, M.S., L.Ac., #6 4/25/07 letter from Shawn P. Hughes, #7 undated letter from Karla Ottero, #8 second undated letter from Karla Ottero, #9 12/26/07 letter from Katherine J. Minton, Ph.D., M.S.Ed, #10 12/18/07 letter from David Hampe, #11 6/8/07 letter from Dr. David J. Hasson, #12 Curriculum Vitae of Carold J. Ball, Ph.D., #13 12/10/07 Final report of Carol Ball, Ph.D.)(err) Modified on 11/20/2008 to unseal (err). (Entered: 04/21/2008) |
| 05/14/2008 | 70 | NOTICE OF RESCHEDULED HEARING (time change only) as to BLAKE D HAMPE. Sentencing reset for 5/15/2008 at 10:00 AM in Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. (MFS) (Entered: 05/14/2008) |
| 05/15/2008 | 71 | Minute Entry for proceedings held before JUDGE JOHN A. WOODCOCK, JR:Sentencing held on 5/15/2008 as to BLAKE D HAMPE. Defendant imprisoned for a period of 41 months, 10 years supervised release and $100.00 special assessment. Defendant remanded to the custody of the U.S. Marshal. (Court Reporter Julie Edgecomb) (jgw) (Entered: 05/15/2008) |
| 05/15/2008 | 72 | COURT EXHIBIT LIST from Sentencing held on 5/15/08 as to defendant(s) BLAKE D HAMPE (jgw) (Entered: 05/15/2008) |
| 05/15/2008 | 73 | COURT WITNESS LIST from Sentencing held on 5/15/08 as to defendant(s) BLAKE D HAMPE (jgw) (Entered: 05/15/2008) |
| 05/16/2008 | 74 | JUDGMENT as to BLAKE D HAMPE (1), Count(s) 1, Defendant imprisoned for 41 months; 10 years supervised release; $100 special assesssment. Defendant remanded to the custody of the US Marshal By JUDGE JOHN A. WOODCOCK, JR. (err) (Entered: 05/16/2008) |
| 05/21/2008 | 75 | MOTION to Amend Judgment 74 by BLAKE D HAMPE Responses due by 6/11/2008. (LANGHOLTZ, JEFFREY) Modified on 5/22/2008 to include link to the judgment(jgw). (Entered: 05/21/2008) |
| 06/11/2008 | 76 | RESPONSE to 75 MOTION to Amend Judgment 74 by USA as to BLAKE D HAMPE Reply due by 6/23/2008. (LOWELL, F.) (Entered: 06/11/2008) |
| 06/25/2008 | 77 | NOTICE OF HEARING as to BLAKE D HAMPE. Telephone Conference set for 6/26/2008 at 2:00 PM before JUDGE JOHN A. WOODCOCK JR. AUSA Lowell will initiate the call to Chambers and counsel. (MFS) (Entered: 06/25/2008) |
| 06/26/2008 | 78 | Minute Entry for proceedings held before JUDGE JOHN A. WOODCOCK, JR:Telephone Conference held as to BLAKE D HAMPE. (Court Reporter Julie Edgecomb) (MFS) (Entered: 06/26/2008) |

| | | |
|---|---|---|
| 06/26/2008 | 79 | ORDER denying 75 Motion to Amend Judgment for the reasons stated on the record at the time of the 6/26/2008 telephone conference as to BLAKE D HAMPE (1). By JUDGE JOHN A. WOODCOCK, JR. (MFS) (Entered: 06/26/2008) |
| 07/13/2008 | 80 | SATISFACTION OF JUDGMENT filed by USA as to BLAKE D HAMPE (ROTH, EVAN) (Entered: 07/13/2008) |
| 11/20/2008 | 81 | EXHIBIT A to #46 Prosecution Version as to BLAKE D HAMPE Returned to USA (err) (Entered: 11/20/2008) |
| 11/20/2008 | 82 | EXHIBITS from 4/9/07 suppression hearing and 5/15/08 sentencing hearing as to BLAKE D HAMPE Returned to USA (err) (Entered: 11/20/2008) |
| 05/16/2011 | 83 | Supervised Release Jurisdiction Transferred to USDC– Oregon as to BLAKE D HAMPE Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jlg) (Entered: 05/16/2011) |

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# United States District Court
## District of Maine

UNITED STATES OF AMERICA

V.

BLAKE D. HAMPE

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 1:07-CR-03-001
USM Number: 11116-036
Entered on Docket: 5/16/08

Jeffrey W. Langholtz
Defendant's Attorney

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED AND FILED
2008 MAY 16 A 10:22
BY_____
DEPUTY CLERK

## THE DEFENDANT:
☒ pleaded guilty to count(s) 1 of the Indictment
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:2252A(a)(5)(B) & (b)(2) | Possession of Child Pornography | 9/27/2006 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____.
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

A TRUE COPY
ATTEST: Christa K. Berry, Clerk
By: _____
Deputy Clerk

May 15, 2008
Date of Imposition of Judgment

_____
Signature of Judge

John A. Woodcock Jr., U.S. District Judge
Name and Title of Judge

May 16, 2008
Date Signed

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment—Page 2 of 6

DEFENDANT: BLAKE D. HAMPE
CASE NUMBER: 1:07-CR-03-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 41 months.

☒ The court makes the following recommendations to the Bureau of Prisons:
The defendant should be exposed to the Sex Offender Treatment Program, but in doing so recommends that the Bureau of Prisons take into account the expert opinions as set forth during the 5/15/08 sentencing hearing in determining the treatment program.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district,
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 3 – Supervised Release

Judgment—Page 3 of 6

DEFENDANT: BLAKE D. HAMPE
CASE NUMBER: 1:07-CR-03-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>10 years.</u>

The Defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two additional drug tests during the term of supervision, but not more than 70 drug tests per year thereafter, as directed by the probation officer. (Check, if applicable.)

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 06/05) Judgment in a Criminal Case
Sheet 3A – Supervised Release

DEFENDANT: BLAKE D. HAMPE
CASE NUMBER: 1:07-CR-03-001

Judgment—Page 4 of 6

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall not use or possess any controlled substance or intoxicants (to include alcohol); and shall participate in a program of drug and alcohol abuse therapy to the satisfaction of the supervising officer. This shall include testing to determine if the defendant has made use of drugs or intoxicants. The defendant shall submit to one test within 15 days of release from imprisonment and at least two additional tests during the term of supervision, but not more than 70 tests per calendar year thereafter, as directed by the probation officer. The defendant shall pay/co-pay for services provided during the course of such treatment to the supervising officer's satisfaction. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency or accuracy of any testing for drugs or intoxicants;

2. Defendant shall not possess or use a computer to access an "online computer service" at any location, including his employment, without prior approval of the U.S. Probation Office. This includes any Internet service provider, bulletin board system or any other public or private computer network;

3. Defendant shall consent to the U.S. Probation Office conducting periodic unannounced examinations of his computer(s) equipment, which may include hardware, software, and copying of all data from his computer(s). This also includes removal of such equipment, when necessary, for the purpose of conducting a more thorough examination;

4. The defendant shall at all times readily submit to a search of his residence, and of any other premises under his dominion and control, by his supervising officer, upon the officer's request when the officer has reasonable basis to believe that such a search will lead to the discovery of evidence of the defendant's violation of the terms of his supervised release, including pornographic materials which the defendant is prohibited from possessing under the rules of his sex offender treatment program. Failure to submit to such a search may be grounds for revocation;

5. If required under state or Federal law, the defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student.

6. Defendant shall provide personal and business telephone records to the U.S. Probation Officer as directed;

7. The defendant shall fully participate in sex offender treatment as directed by the supervising officer. He shall scrupulously abide by all policies and procedures of that program. During the course of sex offender treatment, the defendant shall, if required by the therapeutic program, be subject to periodic and random polygraph examinations to ensure compliance with the requirements of the therapeutic program. No violation proceedings will arise solely on a defendant's failure to pass a polygraph examination nor on the defendant's refusal to answer polygraph questions based on 5th Amendment grounds. The Court directs the supervising officer to consider the opinions and recommendations of the defendants expert witnesses in determining the correct treatment program for the defendant.

| AO 245B | Case 1:07-cr-00003-JAW    Document 74    Filed 05/16/08    Page 5 of 6    PageID #: 328 |
|---|---|
| | (Rev. 06/05) Judgment in a Criminal Case |
| Sheet 5 – Criminal Monetary Penalties | |

Judgment—Page 5 of 6

DEFENDANT: BLAKE D. HAMPE
CASE NUMBER: 1:07-CR-03-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $100.00 | $0.00 | $0.00 |

☐ The determination of restitution is deferred until      . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | $ | $ | |
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

Case 1:07-cr-00003-JAW   Document 74   Filed 05/16/08   Page 6 of 6   PageID #: 329

AO 245B  (Rev. 06/05) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment—Page 6 of 6

DEFENDANT: BLAKE D. HAMPE
CASE NUMBER: 1:07-CR-03-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☒ Lump sum payment of $100.00 due immediately, balance due

☒ Any amount that the defendant is unable to pay now is due and payable during the term of incarceration. Upon release from incarceration, any remaining balance shall be paid in monthly installments, to be initially determined in amount by the supervising officer. Said payments are to be made during the period of supervised release, subject always to review by the sentencing judge on request, by either the defendant or the government.
☐ not later than                    , or
☐ in accordance with    ☐ C,    ☐ D, or    ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

**C** ☐ Payment in equal            (e.g., weekly, monthly, quarterly) installments of $          over a period of
                     (e.g., months or years), to commence         (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal            (e.g., weekly, monthly, quarterly) installments of $          over a period of
                     (e.g., months or years), to commence         (e.g., 30 or 60 days) after release from imprisonment to a
term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within        (e.g., 30 or 60 days) after release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.