# United States District Court
## District of Oregon—Probation Office

WILLIE BLASHER, JR.
ACTING CHIEF U.S. PROBATION OFFICER

**HEADQUARTERS**
MARK O. HATFIELD U.S. COURTHOUSE
1000 SW THIRD AVE., SUITE 340
PORTLAND, OR 97204
(503)326-8600 FAX (503)326-8700

*PLEASE REPLY TO PORTLAND*

20370 EMPIRE AVE., SUITE C-1
BEND, OR 97701
(541)385-4937 FAX (541)385-4939

WAYNE L. MORSE U.S. COURTHOUSE
405 E EIGHTH AVE., SUITE 1000
EUGENE, OR 97401
(541)431-4060 FAX (541)431-4069

JAMES A. REDDEN U.S. COURTHOUSE
310 W SIXTH ST., ROOM 323
MEDFORD, OR 97501
(541)608-8780 FAX (541)608-8789

530 CENTER ST. NE, ROOM 406
SALEM, OR 97301
(503)399-5715 FAX (503)399-5735

August 26, 2014

The Law Office of Ramón A. Pagán
811 SW Naito Parkway, Suite 420
Portland, Oregon 97204

**RE: HAMPE, Blake David**
**Docket No.: 0979 03:11CR195-01-HZ**

Dear Mr. Pagon,

I received your e-mail including the affidavit by Blake David Hampe and a motion to terminate supervised release. The U.S. Probation Office will recommend to the Court that the request be denied. Although Hampe is moving to a sex offender aftercare treatment group at Casey Weber's office, he has not completed treatment. The probation office believes that Hampe should be continued on supervision for a period of time following full completion of treatment in order to monitor behavior and compliance with conditions, and that supervision should also continue during his transition from the support of the treatment provider to self-reliance.

I have continued to work with Hampe while being mindful of his conditions of supervision; he is able to attend college with the assistance of computer monitoring equipment. As a note, I never spoke with any of Hampe's college instructors; however, I did confirm with the college that their computers were monitored to the extent that students could not use them for illegal purposes. As I explained to Hampe previously, when his current monitoring software expires, I will be installing new software that will allow me to monitor his changing and expanding use of the computer for school purposes.

Also regarding the subject of early termination of supervised release, I contacted F. Todd Lowell, Assistant U.S Attorney, District of Maine. He concurred that completion of sex offender treatment should occur before consideration of the termination of Hampe's supervised release.

Sincerely,

Jewley Hirsch
Sr. U.S. Probation Officer

JDH/ar/#41201